GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Special Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012                E-FILED 12-03-09
    Telephone:  (213) 894-6595                            JS-6
    Facsimile:  (213) 894-7177
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States Attorney

                 UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

                        WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CV 09-4898 GHK (Ex) |
| Plaintiff, | ) | **[~~PROPOSED~~]** |
| vs. | ) | **CONSENT JUDGMENT OF FORFEITURE** |
| $13,790.00 IN U.S. CURRENCY AND 12 ASSORTED MONEY ORDERS VALUED AT $6,000.00, | ) | |
| Defendants. | ) | |

        This action was filed on July 8, 2009.  Notice was given and

published in accordance with law.  Claimant Dedrick J. Jones

("claimant") filed a verified claim of interest on August 11,

                                1

2009, and an answer on August 31, 2009.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.    This Court has jurisdiction over the parties and the subject matter of this action.

2.    Notice of this action has been given in accordance with law.  All potential claimants to the defendants $13,790.00 in U.S. currency and 12 Assorted Money Orders Valued at $6,000.00 (collectively referred to hereinafter as "defendant funds") other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.    The United States of America shall have judgment as to $14,790.00 of the defendant funds, plus all interest earned by the government on the full amount of the defendant funds, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4.   $5,000.00 of the defendant funds, without any interest earned by the government on that amount, shall be paid to claimant Dedrick J. Jones, and be returned in care of his attorney, Paul L. Gabbert.  Said funds shall be forwarded by a check made payable in the amount of $5,000.00 to "Paul L. Gabbert Client Trust Account," and shall be mailed to Paul L. Gabbert, Esq., 2115 Main Street, Santa Monica, CA 90405.

5.   Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.   The court finds that there was reasonable cause for the seizure of the defendant funds and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.


Dated: 12/4/09

_____
THE HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE


**[Signatures of counsel appear on the next page.]**

3

**Approved as to form and content:**

DATED: _____, 2009   GEORGE S. CARDONA
                             Acting United States Attorney
                             CHRISTINE C. EWELL
                             Assistant United States Attorney
                             Chief, Criminal Division
                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section


                             _____
                             KATHARINE SCHONBACHLER
                             Special Assistant United States Attorney
                             Attorneys for Plaintiff
                             United States of America

DATED: _____, 2009


                             _____
                             PAUL L. GABBERT, ESQ.
                             Attorney for Claimant
                             DEDRICK JERMAINE JONES

4